# Exhibit 2

Method Claim: 13

| US9247299 | HBO Max ("The accused instrumentality") |
|---|---|
| 13. A method for displaying video data from a plurality of video streams on a display, the method comprising: | The accused instrumentality discloses a method for displaying video data (e.g., video data from in-car cameras from a car racing sports event, etc.) from a plurality of video streams (e.g., video streams from in-car cameras from a car racing sports event, etc.) on a display (e.g., a display of TV installed with the accused instrumentality). As shown below, the accused instrumentality offers a multi-view mode that allows users to watch up to four live feeds simultaneously during a race. The users can select a specific tile to switch audio focus or swap in another available camera feed. Also, the accused instrumentality allows users to watch multiple live video streams simultaneously on a single screen. https://www.hbomax.com/ |



Ride shotgun all season long. Stream NASCAR Driver Cam live on HBO Max.

SIGN UP NOW

Limited to NASCAR Driver Cam footage only. Full broadcast of races not included. Live Sports available only on select plans. Plan availability varies by subscription provider. Check with your subscription provider for details. Select games available and blackouts may apply.

http://hbomax.com/sports/nascar

## HBO Max Is the Exclusive Home for Driver Cam

Access 36 separate in-car camera feeds with real-time driver data, leaderboards, and team audio.

http://hbomax.com/sports/nascar





**HBO Max: Stream TV & Movies**

About this app

Features:
• Enjoy your favorite shows and movies at home or on the go. HBO Max is available on select TV, web browser, mobile, tablet, and gaming console devices.
• Catch even more sports action with the live Multiview experience — stream up to 3 games at once during select events.

https://play.google.com/store/apps/details?id=com.wbd.stream&hl=en_US

## Sports on HBO Max

Sports on HBO Max is the place for premium sports content, including more than 1,700 live events. Watch select live events, including MLB, NHL, NCAA Men's March Madness, U.S. Soccer, and premier cycling events on HBO Max.

Live Sports is included with the Standard and Premium plans. Plan availability varies by subscription provider. For more info, go to HBO Max plans.

In HBO Max, choose Sports (top of screen or left edge on TVs). Here you'll find live games, upcoming games, and highlights from recent games. You can also find games scheduled for the next 2 weeks using our Digital Assistant Sports Schedule.

https://www.youtube.com/watch?v=dj-le3cb5NE

**^ How does Multiview work?**

Some NASCAR and Roland-Garros events have multiple live streams on the same screen at once: Multiview.

Things to know about Multiview:

- **Multiview:** To watch more action on one screen, choose a pre-set Multiview stream (go to Sports and choose a live sport with Multiview).
- **Supported devices:** Multiview is available on phones, tablets, computers, and TV devices.
- **Change focus**: Use the directional buttons on your TV remote (or computer keyboard) to switch between views.
- **Audio**: By default, audio plays for the top-left view.

https://www.youtube.com/watch?v=dj-le3cb5NE

 **WARNER BROS. DISCOVERY**                                              **Our Brands**

The NASCAR Driver Cam experience — exclusive to Max — offers motorsports fans the ultimate all-access pass to every driver for every race throughout the 2025 NASCAR Cup Series schedule, including a layered audio mix of scanner team radios and ambient car noise, all synced up with a 1080p Driver Cam feed (on supported devices).

Fans will be able to choose between the up to 40 individual Driver Cams or the two pre-set Multiview stream options featuring four drivers each. Each individual driver stream features integrated live stats — stage, lap number, position and race status — along with telemetry data including speed, RPM, gear, and more. Users can pause, rewind and fast forward as well, and a replay of each individual driver stream will be available following each race.

https://press.wbd.com/us/media-release/hbo-max/tnt-sports-max-announce-nascar-driver-cam-featured-multiview-selections-2025-daytona

- **Max is debuting a new multiview feature for the first time**
- **The experience will be limited to NASCAR but puts you in the driver seat**
- **It will be available for all major races this season**

---

Max subscribers, start your engines. Just a few days after moving the main navigation menu from the top to the left side panel of its homepage, the streaming service is making another move – its first-ever multiview experience. Meaning that for one program, you'll have four separate views.

https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat

Max's first multiview experience is being dubbed NASCAR Driver Cam, and it should be a significant win for racing fans. It'll debut with the Cook Out Clash at Bowman Gray on February 2, 2025, so just in a few short days, and will let you get the view from every driver in the race.

The idea is that your stream will be split into four different views, allowing you to see from inside four different driver's cars, along with core stats like speed, gear, RPM, and the position and location of the course. Considering there will be up to 40 drivers to choose from, Max will help you with any indecision by offering two multiview presets, but you can also pick a single driver, and watch that view in full, individually.

https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat



https://www.youtube.com/watch?v=dj-le3cb5NE

As shown below, the accused instrumentality allows users to watch up to four live feeds simultaneously during a race.



https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat



https://www.youtube.com/watch?v=dj-le3cb5NE

As shown below, the accused instrumentality allows users to watch multiple live video streams simultaneously.



https://www.youtube.com/watch?v=dj-le3cb5NE

| receiving, by a frame controller of a television system, video data from the plurality of video streams; and | The accused instrumentality discloses receiving, by a frame controller (e.g., a driver board for a TV installed with the accused instrumentality) of a television system (e.g., a TV installed with the accused instrumentality), video data (e.g., video data from in-car cameras from a car racing sports event, etc.) from the plurality of video streams (e.g., video streams from live in-car cameras from a car racing sports event, etc.). |
|---|---|
| | As shown below, the accused instrumentality supports accessing up to 36 separate in-car |

camera feeds of a car racing sports event, etc. A TV installed with the accused instrumentality and a suitable subscription plan allows user to display video streams from four cameras simultaneously at once. It comprises a driver board which converts the signals to output video on the TV display.



**WARNER BROS. DISCOVERY**                                                    **Our Brands**

The NASCAR Driver Cam experience — exclusive to Max — offers motorsports fans the ultimate all-access pass to every driver for every race throughout the 2025 NASCAR Cup Series schedule, including a layered audio mix of scanner team radios and ambient car noise, all synced up with a 1080p Driver Cam feed (on supported devices).

Fans will be able to choose between the up to 40 individual Driver Cams or the two pre-set Multiview stream options featuring four drivers each. Each individual driver stream features integrated live stats — stage, lap number, position and race status — along with telemetry data including speed, RPM, gear, and more. Users can pause, rewind and fast forward as well, and a replay of each individual driver stream will be available following each race.

https://press.wbd.com/us/media-release/hbo-max/tnt-sports-max-announce-nascar-driver-cam-featured-multiview-selections-2025-daytona



Ride shotgun all season long. Stream NASCAR Driver Cam live on HBO Max.

**SIGN UP NOW**

Limited to NASCAR Driver Cam footage only. Full broadcast of races not included. Live Sports available only on select plans. Plan availability varies by subscription provider. Check with your subscription provider for details. Select games available and blackouts may apply.

http://hbomax.com/sports/nascar

## HBO Max Is the Exclusive Home for Driver Cam

Access 36 separate in-car camera feeds with real-time driver data, leaderboards, and team audio.

http://hbomax.com/sports/nascar

**⌃ How does Multiview work?**

Some NASCAR and Roland-Garros events have multiple live streams on the same screen at once: Multiview.

Things to know about Multiview:

- **Multiview:** To watch more action on one screen, choose a pre-set Multiview stream (go to Sports and choose a live sport with Multiview).
- **Supported devices:** Multiview is available on phones, tablets, computers, and TV devices.
- **Change focus:** Use the directional buttons on your TV remote (or computer keyboard) to switch between views.
- **Audio:** By default, audio plays for the top-left view.

https://www.youtube.com/watch?v=dj-le3cb5NE

- **Max is debuting a new multiview feature for the first time**
- **The experience will be limited to NASCAR but puts you in the driver seat**
- **It will be available for all major races this season**

Max subscribers, start your engines. Just a few days after moving the main navigation menu from the top to the left side panel of its homepage, the streaming service is making another move – its first-ever multiview experience. Meaning that for one program, you'll have four separate views.

https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat

Max's first multiview experience is being dubbed NASCAR Driver Cam, and it should be a significant win for racing fans. It'll debut with the Cook Out Clash at Bowman Gray on February 2, 2025, so just in a few short days, and will let you get the view from every driver in the race.

The idea is that your stream will be split into four different views, allowing you to see from inside four different driver's cars, along with core stats like speed, gear, RPM, and the position and location of the course. Considering there will be up to 40 drivers to choose from, Max will help you with any indecision by offering two multiview presets, but you can also pick a single driver, and watch that view in full, individually.

https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat

As shown below, the accused instrumentality allows users to watch up to four live feeds simultaneously during a race.



(Image credit: Max)

https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat



with multiv- view from the hero slider
or a row of content on the home screen.

https://www.youtube.com/watch?v=dj-le3cb5NE

| | |
|---|---|
| displaying, by the frame controller, the video data in a plurality of pictures on the display coupled to the television system, | The accused instrumentality discloses displaying, by the frame controller (e.g., a driver board for a TV installed with the accused instrumentality, etc.), the video data (e.g., video data from in-car cameras from a car racing sports event, etc.) in a plurality of pictures (e.g., window frames for displaying videos from in-car cameras from a car racing sports event, etc.) on the display (e.g., display of TV installed with the accused instrumentality) coupled to the television system (e.g., a TV installed with the accused instrumentality), each picture (e.g., a window frame for displaying video from one in-car camera) occupying an area (e.g., an area of |

| each picture occupying an area of the display separate from an area occupied by any other picture, the displaying comprising: | the TV display used to display the video from one in-car camera) of the display (e.g., a display of TV installed with the accused instrumentality) separate from an area occupied by any other picture (e.g., an area of the TV display used to display the video from another in-car camera). <br><br> As shown below, the accused instrumentality supports accessing up to 36 separate in-car camera feeds. A TV installed with the accused instrumentality and a suitable subscription plan allows user to display video streams from four cameras simultaneously at once. It comprises a driver board which converts the signals to output video on the TV display. As shown below, video from each in-car camera occupies different areas of the TV display. <br><br> WARNER BROS. DISCOVERY      **Our Brands** <br><br> The NASCAR Driver Cam experience — exclusive to Max — offers motorsports fans the ultimate all-access pass to every driver for every race throughout the 2025 NASCAR Cup Series schedule, including a layered audio mix of scanner team radios and ambient car noise, all synced up with a 1080p Driver Cam feed (on supported devices). <br><br> Fans will be able to choose between the up to 40 individual Driver Cams or the two pre-set Multiview stream options featuring four drivers each. Each individual driver stream features integrated live stats — stage, lap number, position and race status — along with telemetry data including speed, RPM, gear, and more. Users can pause, rewind and fast forward as well, and a replay of each individual driver stream will be available following each race. <br><br>  <br><br> https://press.wbd.com/us/media-release/hbo-max/tnt-sports-max-announce-nascar-driver-cam-featured-multiview-selections-2025-daytona |

∧ **How does Multiview work?**

Some NASCAR and Roland-Garros events have multiple live streams on the same screen at once: Multiview.

Things to know about Multiview:

- **Multiview:** To watch more action on one screen, choose a pre-set Multiview stream (go to Sports and choose a live sport with Multiview).
- **Supported devices:** Multiview is available on phones, tablets, computers, and TV devices.
- **Change focus:** Use the directional buttons on your TV remote (or computer keyboard) to switch between views.
- **Audio:** By default, audio plays for the top-left view.

https://www.youtube.com/watch?v=dj-le3cb5NE



http://hbomax.com/sports/nascar

**HBO Max Is the Exclusive Home for Driver Cam**

Access 36 separate in-car camera feeds with real-time driver data, leaderboards, and team audio.

http://hbomax.com/sports/nascar

Max's first multiview experience is being dubbed NASCAR Driver Cam, and it should be a significant win for racing fans. It'll debut with the Cook Out Clash at Bowman Gray on February 2, 2025, so just in a few short days, and will let you get the view from every driver in the race.

The idea is that your stream will be split into four different views, allowing you to see from inside four different driver's cars, along with core stats like speed, gear, RPM, and the position and location of the course. Considering there will be up to 40 drivers to choose from, Max will help you with any indecision by offering two multiview presets, but you can also pick a single driver, and watch that view in full, individually.

https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat



https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat



https://www.youtube.com/watch?v=dj-le3cb5NE

| | |
|---|---|
| receiving a first user selection to display a video | The accused instrumentality discloses receiving a first user selection (e.g., a user selection of video for 'Watch Live' from content tile) to display a video group (e.g., a group of videos from the same car race) related to an attribute (e.g., an individual driver in-car camera video), the |

| | |
|---|---|
| group related to an attribute, the video group comprising at least a first video stream and a second video stream of the plurality of video streams; | video group (e.g., a group of videos from the same car race) comprising at least a first video stream (e.g., a video stream for a first driver in-car camera) and a second video stream (e.g., a video stream for a second driver in-car camera) of the plurality of video streams (e.g., video streams from in-car cameras). As shown below, the accused instrumentality supports accessing up to 36 separate in-car camera feeds. A TV installed with the accused instrumentality and a suitable subscription plan allows user to display video streams from four cameras simultaneously at once. It comprises a driver board which converts the signals to output video on the TV display. As shown below, video from each in-car camera occupies different areas of the TV display. A user can select the cameras for which the videos have to be displayed. The user can also select an individual driver to view videos from different cameras.<br><br><br><br>http://hbomax.com/sports/nascar |

**HBO Max Is the Exclusive Home for Driver Cam**

Access 36 separate in-car camera feeds with real-time driver data, leaderboards, and team audio.

http://hbomax.com/sports/nascar



https://www.youtube.com/watch?v=dj-le3cb5NE

As shown below, the accused instrumentality allows users to click on 'Watch Live' (e.g., a first user selection) to watch the selected sport in multi-view mode.



https://www.youtube.com/watch?v=dj-le3cb5NE



https://www.youtube.com/watch?v=dj-le3cb5NE



https://www.youtube.com/watch?v=dj-le3cb5NE



https://www.youtube.com/watch?v=dj-le3cb5NE

As shown below, the accused instrumentality allows users to select individual driver camera feeds (e.g., an attribute) to view different video streams simultaneously.



https://www.youtube.com/watch?v=dj-le3cb5NE



https://www.youtube.com/watch?v=dj-le3cb5NE

| | |
|---|---|
| |

https://www.youtube.com/watch?v=dj-le3cb5NE |
| receiving the first and the second video streams of the video group; | The accused instrumentality discloses receiving the first (e.g., a video stream for a first driver in-car camera) and the second video streams (e.g., a video stream for a second driver in-car camera) of the video group (e.g., a group of videos from the same car race).

As shown below, the accused instrumentality supports accessing up to 36 separate in-car camera feeds. A TV installed with the accused instrumentality and a suitable subscription plan allows user to display video streams from four cameras simultaneously at once. The video |

from each in-car camera occupies different areas of the TV display. A user can select the cameras for which the videos have to be displayed. The user can also select an individual driver to view videos from different cameras.


**WARNER BROS. DISCOVERY**                    **Our Brands**

The NASCAR Driver Cam experience — exclusive to Max — offers motorsports fans the ultimate all-access pass to every driver for every race throughout the 2025 NASCAR Cup Series schedule, including a layered audio mix of scanner team radios and ambient car noise, all synced up with a 1080p Driver Cam feed (on supported devices).

Fans will be able to choose between the up to 40 individual Driver Cams or the two pre-set Multiview stream options featuring four drivers each. Each individual driver stream features integrated live stats — stage, lap number, position and race status — along with telemetry data including speed, RPM, gear, and more. Users can pause, rewind and fast forward as well, and a replay of each individual driver stream will be available following each race.

https://press.wbd.com/us/media-release/hbo-max/tnt-sports-max-announce-nascar-driver-cam-featured-multiview-selections-2025-daytona

## ^ How does Multiview work?

Some NASCAR and Roland-Garros events have multiple live streams on the same screen at once: Multiview.

Things to know about Multiview:

- **Multiview:** To watch more action on one screen, choose a pre-set Multiview stream (go to Sports and choose a live sport with Multiview).
- **Supported devices:** Multiview is available on phones, tablets, computers, and TV devices.
- **Change focus:** Use the directional buttons on your TV remote (or computer keyboard) to switch between views.
- **Audio:** By default, audio plays for the top-left view.

https://www.youtube.com/watch?v=dj-le3cb5NE



Ride shotgun all season long. Stream NASCAR Driver Cam live on HBO Max.

SIGN UP NOW

Limited to NASCAR Driver Cam footage only. Full broadcast of races not included. Live Sports available only on select plans. Plan availability varies by subscription provider. Check with your subscription provider for details. Select games available and blackouts may apply.

http://hbomax.com/sports/nascar

## HBO Max Is the Exclusive Home for Driver Cam

Access 36 separate in-car camera feeds with real-time driver data, leaderboards, and team audio.

http://hbomax.com/sports/nascar



https://www.youtube.com/watch?v=dj-le3cb5NE



https://www.youtube.com/watch?v=dj-le3cb5NE



https://www.youtube.com/watch?v=dj-le3cb5NE



https://www.youtube.com/watch?v=dj-le3cb5NE



https://www.youtube.com/watch?v=dj-le3cb5NE

As shown below, the accused instrumentality allows users to watch in-car camera feeds of multiple drivers in the same race.



https://www.youtube.com/watch?v=dj-le3cb5NE



https://www.youtube.com/watch?v=dj-le3cb5NE



https://www.youtube.com/watch?v=dj-le3cb5NE

| displaying the first and the second video streams in a first picture and a second picture of | The accused instrumentality discloses displaying the first (e.g., a video stream for a first driver in-car camera) and the second video streams (e.g., a video stream for a second driver in-car camera) in a first picture (e.g., a window frame for displaying video from a first driver in-car camera) and a second picture (e.g., a window frame for displaying video from a second driver in-car camera) of the plurality of pictures (e.g., window frames for displaying videos from in- |

| | |
|---|---|
| the plurality of pictures; | car cameras).<br><br>As shown below, the accused instrumentality supports accessing up to 36 separate in-car camera feeds. A TV installed with the accused instrumentality and a suitable subscription plan allows user to display video streams from four cameras simultaneously at once. The video from each in-car camera occupies different areas of the TV display. A user can select the cameras for which the videos have to be displayed. The user can also select an individual driver to view videos from different cameras.<br><br>**WARNER BROS. DISCOVERY**         **Our Brands**<br><br>The NASCAR Driver Cam experience — exclusive to Max — offers motorsports fans the ultimate all-access pass to every driver for every race throughout the 2025 NASCAR Cup Series schedule, including a layered audio mix of scanner team radios and ambient car noise, all synced up with a 1080p Driver Cam feed (on supported devices).<br><br>Fans will be able to choose between the up to 40 individual Driver Cams or the two pre-set Multiview stream options featuring four drivers each. Each individual driver stream features integrated live stats — stage, lap number, position and race status — along with telemetry data including speed, RPM, gear, and more. Users can pause, rewind and fast forward as well, and a replay of each individual driver stream will be available following each race.<br><br>https://press.wbd.com/us/media-release/hbo-max/tnt-sports-max-announce-nascar-driver-cam-featured-multiview-selections-2025-daytona |

**∧ How does Multiview work?**

Some NASCAR and Roland-Garros events have multiple live streams on the same screen at once: Multiview.

Things to know about Multiview:

- **Multiview:** To watch more action on one screen, choose a pre-set Multiview stream (go to Sports and choose a live sport with Multiview).
- **Supported devices:** Multiview is available on phones, tablets, computers, and TV devices.
- **Change focus:** Use the directional buttons on your TV remote (or computer keyboard) to switch between views.
- **Audio:** By default, audio plays for the top-left view.

https://www.youtube.com/watch?v=dj-le3cb5NE



http://hbomax.com/sports/nascar



http://hbomax.com/sports/nascar

https://www.youtube.com/watch?v=dj-le3cb5NE



displaying the first video stream in a first picture

displaying the second video stream in a second picture

plurality of pictures

https://www.youtube.com/watch?v=dj-le3cb5NE

| receiving a second user selection to change the display in a given picture of the plurality of pictures to a given video stream of the video group, wherein the given | The accused instrumentality discloses receiving a second user selection (e.g., user selection of video from cameras not currently displayed) to change the display (e.g., display of a TV installed with the accused instrumentality) in a given picture (e.g., a window frame for displaying video from one in-car camera) of the plurality of pictures (e.g., window frames for displaying videos from in-car cameras) to a given video stream (e.g., video stream from a driver's in-car camera) of the video group (e.g., a group of videos from the same car race), wherein the given video stream (e.g., video stream from an in-car camera) is not currently displayed on the display (e.g., display of a TV installed with the accused instrumentality). |
|---|---|

| | |
|---|---|
| video stream is not currently displayed on the display; and | As, shown below, the accused instrumentality supports accessing up to 36 separate in-car camera feeds. A TV installed with the accused instrumentality and a suitable subscription plan allows user to display video streams from four cameras simultaneously at once. The video from each in-car camera occupies different areas of the TV display.<br><br>A user can select the cameras for individual drivers, for which the videos have to be displayed. Videos from selected cameras are displayed on the TV display in their separate frames. At the right side of the UI a stats window is visible with names of drivers. Further, the in-car camera feeds of drivers which are selected from the list are displayed in their own separate frame. The camera feeds of driver which are not selected (not marked) in the channel list are not displayed. The user can select a driver which was not earlier displayed to replace already displaying driver.<br><br> **WARNER BROS. DISCOVERY**  **Our Brands**<br><br>The NASCAR Driver Cam experience — exclusive to Max — offers motorsports fans the ultimate all-access pass to every driver for every race throughout the 2025 NASCAR Cup Series schedule, including a layered audio mix of scanner team radios and ambient car noise, all synced up with a 1080p Driver Cam feed (on supported devices).<br><br>Fans will be able to choose between the up to 40 individual Driver Cams or the two pre-set Multiview stream options featuring four drivers each. Each individual driver stream features integrated live stats — stage, lap number, position and race status — along with telemetry data including speed, RPM, gear, and more. Users can pause, rewind and fast forward as well, and a replay of each individual driver stream will be available following each race.<br><br>https://press.wbd.com/us/media-release/hbo-max/tnt-sports-max-announce-nascar-driver-cam-featured-multiview-selections-2025-daytona |

Max is putting you in the driver's seat for NASCAR's upcoming races. The streamer will now let you watch up to four in-car driver cams at once, starting with the Cook Out Clash on Sunday, February 2nd.

You can switch between up to 40 different driver cams, with each 1080p feed offering the sounds of both the scanner team radios and ambient car noise. If you're having trouble choosing which drivers to watch in multiview, Max will offer preset options "based on the most compelling matchups."

https://www.theverge.com/news/602682/max-nascar-multiview-driver-cams



https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat

The idea is that your stream will be split into four different views, allowing you to see from inside four different driver's cars, along with core stats like speed, gear, RPM, and the position and location of the course. Considering there will be up to 40 drivers to choose from, Max will help you with any indecision by offering two multiview presets, but you can also pick a single driver, and watch that view in full, individually.

https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-

2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat

As shown below, the accused instrumentality allows users to select a camera feed for an individual driver.



https://www.theverge.com/news/602682/max-nascar-multiview-driver-cams



https://www.youtube.com/watch?v=dj-le3cb5NE



https://www.youtube.com/watch?v=dj-le3cb5NE

As shown below, the accused instrumentality allows users to watch in-car camera feeds of multiple drivers in the same race.



https://www.youtube.com/watch?v=dj-le3cb5NE

| | |
|---|---|
| displaying the given video stream in the given picture. | The accused instrumentality discloses displaying the given video stream (e.g., video stream from an individual driver's in-car camera) in the given picture (e.g., a window frame for displaying video from one in-car camera).

As, shown below, the accused instrumentality supports accessing up to 36 separate in-car camera feeds. A TV installed with the accused instrumentality and a suitable subscription plan allows user to display video streams from four cameras simultaneously at once. The video |

from each in-car camera occupies different areas of the TV display.

A user can select the cameras for individual drivers, for which the videos have to be displayed. Videos from selected cameras are displayed on the TV display in their separate frames. At the right side of the UI a stats window is visible with names of drivers. Further, the in-car camera feeds of drivers which are selected from the list are displayed in their own separate frame. The camera feeds of driver which are not selected (not marked) in the channel list are not displayed. The user can select camera feeds for drivers which are not currently displayed to display them.



**WARNER BROS. DISCOVERY**                                    **Our Brands**

The NASCAR Driver Cam experience — exclusive to Max — offers motorsports fans the ultimate all-access pass to every driver for every race throughout the 2025 NASCAR Cup Series schedule, including a layered audio mix of scanner team radios and ambient car noise, all synced up with a 1080p Driver Cam feed (on supported devices).

Fans will be able to choose between the up to 40 individual Driver Cams or the two pre-set Multiview stream options featuring four drivers each. Each individual driver stream features integrated live stats — stage, lap number, position and race status — along with telemetry data including speed, RPM, gear, and more. Users can pause, rewind and fast forward as well, and a replay of each individual driver stream will be available following each race.

https://press.wbd.com/us/media-release/hbo-max/tnt-sports-max-announce-nascar-driver-cam-featured-multiview-selections-2025-daytona

Max is putting you in the driver's seat for NASCAR's upcoming races. The streamer will now let you watch up to four in-car driver cams at once, starting with the Cook Out Clash on Sunday, February 2nd.

You can switch between up to 40 different driver cams, with each 1080p feed offering the sounds of both the scanner team radios and ambient car noise. If you're having trouble choosing which drivers to watch in multiview, Max will offer preset options "based on the most compelling matchups."

https://www.theverge.com/news/602682/max-nascar-multiview-driver-cams



https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat

The idea is that your stream will be split into four different views, allowing you to see from inside four different driver's cars, along with core stats like speed, gear, RPM, and the position and location of the course. Considering there will be up to 40 drivers to choose from, Max will help you with any indecision by offering two multiview presets, but you can also pick a single driver, and watch that view in full, individually.

https://www.techradar.com/streaming/hbo-max/max-rolls-out-a-new-multiview-feature-for-

2025s-nascar-cup-series-that-puts-you-in-the-drivers-seat

As shown below, the accused instrumentality allows users to select a camera feed for an individual driver.



Image: Max

https://www.theverge.com/news/602682/max-nascar-multiview-driver-cams



https://www.youtube.com/watch?v=dj-le3cb5NE



an attribute

https://www.youtube.com/watch?v=dj-le3cb5NE

As shown below, the accused instrumentality allows users to watch in-car camera feeds of multiple drivers in the same race.



https://www.youtube.com/watch?v=dj-le3cb5NE